1/S

```
Your name:      CHRISTOPHER CRUZ

Address:        1129 SOUTH SERENA DRIVE

                WEST COVINA, CA 91791

Phone Number: (909) 459-9515

E-mail Address: CHRISC0883@GMAIL.COM
```

2021 DEC 15  AM 11:44

FEE PAID

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Number: EDCV21-02090-JLS(JEM)

CHRISTOPHER CRUZ, an individual

    Plaintiff(s),

vs.

SAN BERNARDINO COUNTY CHILD & FAMILY SERVICES, a public entity; MELINDA SUMMERS-SANDOVAL, an individual; MALLORY FLORES, an individual; JONATHAN SINCLAIR, an individual; CODY DAWKINS, an individual; KIM JONES, an individual; STACY NGUYEN, an individual;

    Defendant(s).

**COMPLAINT FOR DAMAGES**

1. 42 U.S.C 1983 & 18 U.S.C. 242 – State Created Danger, Wrongful Conviction, Deprivation of Rights

2. 42 U.S.C. 1986 & Penal Code 273a – Action for Neglect to Prevent, Child Endangerment

3. 42 U.S.C. 1985 & Penal Code 182a(5) - Conspiracy to Interfere with Civil Rights

4. 18 U.S.C. 1505 & 18 U.S.C. 1512b(1) c(2) – Libel & Obstruction of Justice

5. 42 U.S.C. 1983 – Monell Liability

**DEMAND FOR JURY TRIAL**

## JURISDICTION

1. This Complaint seeks damages for violations of civil rights, privileges, and immunities guaranteed by the First and Forth Amendments and Conspiracy to cover up Negligence and Child endangerment. Pursuant to 28 U.S.C. 1983 and 1985, 38 U.S.C 7316 and 28 U.S.C. 2672, and Penal Codes 182 and 273a.

2. Pursuant to 28 U.S.C. 1331, Jurisdiction resides with this court.

PLEADING PAGE FOR A COMPLAINT

1

## VENUE

3. Plaintiff's claim arose in the County of San Bernardino, California. Pursuant to 28 U.S.C. 1391 this complaint lies within the Central District of California.

## PARTIES

4. Plaintiff Christopher Cruz is the father of minors Zachariah Cruz and Malachi Cruz, residing at the time in San Bernardino County.

5. Defendant County of San Bernardino Child and Family Services (CFS) is a department within San Bernardino County which is dedicated to protecting and promoting the well-being of abused, neglected or exploited children in our county. CFS values collaboration with community agencies and private citizens to accomplish our mission of protecting children and promoting their well-being. CFS claims that it upholds the values Children have the right to have their basic needs met, Delivery of services shall be competent, consistent, fair, simple, direct, and clear, Children are best raised in a family, Quality services are non-punitive and non-judgmental, All people have a basic right to be treated with respect, honesty and dignity, Services will be delivered with the lowest necessary level of intervention, All people are best served by participating in making decisions that impact their lives, Interactions shall reflect knowledge of and sensitivity to cultural and ethnic diversity, All people have the potential for growth, development, and change.

6. Defendant Melinda Summers-Sandoval is a social worker employed by the County of San Bernardino Child and Family Services. She has a sworn duty to uphold the mission and values of San Bernardino CFS with honesty, accuracy and respect.

7. Defendant Mallory Flores is a social worker employed by the County of San Bernardino Child and Family Services. She has a sworn duty to uphold the mission and values of San Bernardino CFS with honesty, accuracy and respect.

8. Defendant Jonathan Sinclair is a social worker employed by the County of San Bernardino Child and Family Services. She has a sworn duty to uphold the mission and values of San Bernardino CFS with honesty, accuracy and respect.

9. Defendant Cody Dawkins is a social worker employed by the County of San Bernardino Child and Family Services. She has a sworn duty to uphold the mission and values of San Bernardino CFS with honesty, accuracy and respect. As an interview should not led or coerce person/child being interviewed, should not omit any other allegations stated and have adequate training and knowledge to identify coaching.

10. Defendant Kim Jones is a social worker employed by the County of San Bernardino Child and Family Services. She has a sworn duty to uphold the mission and values of San Bernardino CFS with honesty, accuracy and respect.

11. Defendant Stacey Nguyen is a social worker employed by the County of San Bernardino Child and Family Services. She has a sworn duty to uphold the mission and values of San Bernardino CFS with honesty, accuracy and respect.

## FACTUAL ALLEGATIONS

12. **Background information** – Plaintiff Christopher Cruz was married to Mindy Cruz, they have two children together, Zachariah Cruz (age 6) and Malachi Cruz (age 3). Mindy Cruz also has three children from other fathers and marriages, Alexus Raisty (age 24), Austin Raisty (age 21) and Amber Brown (age 18). Christopher Cruz is Mindy Cruz forth

PLEADING PAGE FOR A COMPLAINT

husband, Mindy Cruz has also filed abuse charges against all previous fathers with allegations of molestation, rape and abuse. Allegations against other fathers was admitted to CFS and Law Enforcement and can be found in CFS case record. Mindy Cruz has a repeated history of levying false allegations against her children's fathers to inject prejudice into custody and divorce litigation. After she has demonized the father, she then moves to coach children to make allegations against their father, she is now being aided by her adult daughter Alexus Raisty with other adult children parroting claims made by Mindy Cruz and Alexus Raisty. Both Mindy Cruz and Alexus Raisty allege that Alexus father sexual abused her and vehemently through it into topics of conversation. Once father's rights are taken away and visitation is restricted children are coerced into believing false allegations. Mindy Cruz has personally gone as fair to false accused her first husband of attempted homicide which was proven to be a fabricated lie to keep bias, prejudice and pressure on Father John Raisty as she pursued him with false allegations across three counties. Mindy Cruz has a history of making false allegations to abuse the justice system into admonishing, restricting, diminishing father's credibility, rights and recourse, her campaigns of slander and libel preying on the manipulation and coaching of her children to supplement her lack of true evidence.

13. **Background Austin Raisty** – Austin Raisty is the adult half bother of my minor sons Zachariah Cruz and Malachi Cruz. Some the credible background for this individual includes getting kicked out of Kids Club daycare for repeatedly biting other children, kicked out of School for fighting, throwing a desk at teacher, bringing a knife to school, running away to avoid punishments for his actions, physical fights with siblings, attempted suicide and has a history of abuse from his grandmother Joyce Christensen an uncle Brian Christensen. This young man has been fired from Abundant Family Living Church for cussing out his co-workers, fired from family friend owned Subway for refusing to show up to work and let go from Gandolfo's. This troubled young man is

PLEADING PAGE FOR A COMPLAINT

4

produced of his environment, namely his mother, he suffers poor hygiene, low self-esteem, violent and aggressive behavior and lack of respect for even his own mother traits distinguishable of children who suffer emotional abuse. I have witnessed him throw my oldest son of his back with such violent aggression that the flew across the living room his head falling inches from the television stand. I have also witnessed him bulling his younger siblings. I have also witnessed his mother screaming in his face that he is a retard and that they will stick him in an assisted living facility because he is a retard.

14. **Child and Family Services Referral** – On August 12, 2020 Child and Family services was sent to the residence of 6820 Amber Court Alta Loma CA 91701 on a referral of sexual abuse toward Minor Children Zachariah Cruz and Malachi Cruz. Referral initiate by Mother Mindy Cruz contacted Plaintiff's VA Counselor to assert allegations of sexual abuse on minor child Zachariah Cruz. VA Counselor Austin Wampler being a mandated reporter had to initiate a referral to CFS. CFS workers Melinda Summers-Sandoval and Alejandra Carrillo arrive to house with Sheriff's Deputies Martinez-Nava #G7677 and Cadogan #F5499. Plaintiff performed his interviews with Deputy Cadogan and Melinda Summers-Sandoval. Mr. Cruz was then asked by deputies to go to Rancho Cucamonga Sheriff's Station to answer more questions with detectives. Mr. Cruz drove himself to and from station and after completing interview with detectives got something to eat. Mr. Cruz then received a call from Melinda Summers-Sandoval to return to the house to talk with her. When I arrived a bag was packed on the lawn along with my work laptop and as I stepped out of my car Deputy Martinez-Nava held my arm as he leaned in to tell me to not try anything and to take my things and leave. As I approached my bags Melinda Summers-Sandoval proceeded to have me sign a Safety Plan placing me out of the home stating that if I didn't sign it then CFS would have to take custody of the kids. She then tried to deceive me from putting my family on the safety plan, I had to clarify what she meant by "who is your family support," so I could list my father and sister under my side

PLEADING PAGE FOR A COMPLAINT

of family. Melinda also listed on the Safety Plan Brian Christensen how was fired from Disney over CFS investigation of abuse of his nephew. No account was also given to the violent juvenile now adult bother Austin Raisty as he was also listed on the safety plan to care for my children. After signing the Safety Plan and gather the limited belongings ascribed to me by Mindy Cruz and the four enforcement offices on my front lawn I was told to leave, I gave back a car seat I had in my car. At no time was I ever told that by CFS workers or Deputies that heirloom weapons from my grandfather which were locked in a safe had been seized and that laptops and hard drives alleging to have been mine were confiscated.

15. **Detention Warrant** - On 08/13/2020, I received a call Melinda Summers-Sandoval to come down to the Rancho Office to speak with her. Melinda Summers-Sandoval again had deceptively misled me to believe that I was going to get the opportunity to fairly defend myself against the false accusations. When I showed up, I was asked to await outside for almost an hour until Deputy Cadogan showed up. This was when Ms. Summers-Sandoval emerged to serve me with a detention warrant. I accepted the detention warrant and asked Ms. Summers-Sandoval who I am not able speak to about my concerns for my children and who they are with. Ms. Summers-Sandoval advised me that I could tell her and so I began to address my concerns to her telling her about Mindy's history of accusations and her adult sons' violent tendencies. After a few moments I realized Ms. Summers-Sandoval was doing little more than standing and looking at me. I paused to ask her if she was going to write down anything that I was saying, with a sign she pulled out a paper and pen she had with her a pretended to write down my concerns. My father also voiced his concern that Mindy maybe bi-polar, this was the only sentence that Ms. Summers-Sandoval wrote down and recorded in CFS record. Ms. Summers-Sandoval concluded her service of the detention warrant by stating

she had to go and began walking toward the employee parking lot. Witnesses to the event Joe Cruz and Deputy Cadogan #F5499.

16. **Melinda Summers-Sandoval Report** – On 08/18/2020 Ms. Summers-Sandoval writes out her full report in which she states that I am disheveled but makes no other comment as to the appearance of others being interviewed. I had been working from home since March of 2020 and was still in pajamas when CFS and Deputies arrived, I had not anticipated such intrusive company. In Ms. Summer-Sandoval's report, she indicates that Mindy Cruz has identified herself as having prior trauma, identifies her oldest daughter of having trauma by her father and states that CFS was also involved in that case as well. Mindy indicates that she became aware of abuse when Alexus was observing the kids bath time and Zachariah tried to stick his finger in his brother Malachi's butt. Alexus states she asked Zachariah why he is cleaning his brother like this and he states that is how my dad washes me. This statement is how Mindy Cruz initiated alleges that I sexually abused my kids, corroborated with additional false statements from Alexus Raisty. Later in her report Ms. Summers-Sandoval states that there is no CFS history for Mindy Cruz. Ms. Summers-Sandoval maintains that I am not allowed to see or communicate with my children.

17. **CFS Medical Exam and Interview** - On 08/21/2020 CFS conduced a forensic medical exam and a forensic interview with my son Zachariah Cruz. The forensic medical exam was inconclusive and determined to be unusable to CFS malicious persecution. During the forensic interview conducted by Cody Dawkins and observed by Jonathan Sinclair, my son stated that his adult brother Austin hurt him really bad and that he suffocates him. Cody Dawkins makes no attempts to ask Zachariah about his disclosure of suffocation and proceeds to asking Zachariah about who else hurts him and why he went to see a doctor. Ms. Dawkins then directs Zachariah back toward coached statement of false

PLEADING PAGE FOR A COMPLAINT

allegations which they get him to disclose later in the interview. At almost thirty minutes into the interview CFS has failed to get Zachariah to state the false allegations and directs him further by asking him if anyone touches his private parts Zachariah states that I clean his butthole and it feels weird, after this statement CFS interview continues to direct Zachariah back to what dad does to his butthole and broches every questions using the word butthole even Zachariah starts to talk about other things. Zachariah states several times that alleged sexual abuse only happens in bathtub, giving credibility to my assumptions that his sister Alexus Raisty is also coaching him. Ms. Dawkins askes Zachariah repeatedly if his dad says something when he cleans his butthole, but Zachariah says no or never answers. Ms. Dawkins continues to ask if anything is said when the abuse occurs seeming looking for a specific answer to this question. CFS interviewer leaves Zachariah in room alone, returns five minutes later to take Zachariah to the bathroom. Zachariah states that it is his dad's job to clean them (him and his brother) in the bathtub. Zachariah states that his sister Alexus also cleans him with her bare hands. Zachariah states that his dad cleans him fast and that his sister cleans him very slowly. Zachariah states that dad has soap on his hand when cleaning his butthole and his pee-pee. Ms. Dawkins again asks Zachariah "if his dad says something when he cleans his butthole" before getting no answer and ending the interview.

18. **Mallory Flores Report** – On 09/08/2020 Mallory Flores released her report about the ongoing CFS case. Mallory Flores was the case worker assigned at the time of Zachariah's forensic interviews. In Mallory Flores report she fails to mention the fact that Zachariah indicated that his adult brother suffocates him. The report also claims Mindy stated she was hesitant to report sexual abuse because of disappointment with past involvement with police and CFS. Mindy is referencing the previous failed attempt by Alexus Raisty to false allege that I dislocated my sons' arm. Mindy has used CFS across multiple marriages to separate children from their fathers. Much of the evidence given in

PLEADING PAGE FOR A COMPLAINT

Ms. Flores reports comes from interviews with Mindy and her adult children. I asked my Flores when she contacted me why my family has never interviewed or the VA Counselor which initiated the CFS case, Mallory Flores told me that it was not relevant to the case. Ms. Flores report also indicates that Mindy disclosed that she has been in counseling for 10 years and that she attends church counseling and VA counseling and in the same sentence alleges that I have drinking and anger issues. Ms. Flores also attempts to further levy PTSD claims against me with no evidence stating that it was found accurate in Mindy and Alexus first attempt to frame me for child abuse, they accused me of having PTSD to validate their false anger claims. The VA has evaluated me for PTSD at the insinuation of my then wife Mindy Cruz, I was given a negative rating for PTSD by the VA. After speaking with me over the phone Ms. Flores went back and interviewed Alexus again who stated I had PTSD to try and reinforce these false claims. MS. Flores indicates in her report there are no concerns about mother, Mindy again discloses that her and her daughter Alexus were victims of sexual abuse. Ms. Flores maintains that I am not allowed to see or communicate with my children.

19. **Kim Jones** – While trying to get CFS to be objective and protect my children from violence and coaching my mom and sister try to setup a visit with my kids. At this time my case has now been transferred to Kim Jones. My mother Zachariah and Malachi's grandmother contacted Kim Jones to inquire about visitation. Kim Jones requested driver's license and social security card from my mother and sister to perform a background check on them. Kim Jones had led my mother and sister to believe that they would get the opportunity to visit with the children. After a week my mother called Kim Jones to inquire about background check and was told that it is at Mindy's discretion if she could visit. Kim Jones never had any intention of letting my mother and sister visit the children and instead used her power and authority to perform an unjustifiable investigation into my mother and sister.

PLEADING PAGE FOR A COMPLAINT

20. **Team and Family Meeting** – On 09/28/21 a Family and Team Meeting was be conducted, a zoom call with both parents and CFS workers to explain were the case was at. As I had previously been unable to have my concerns addressed let alone recorded, I drafted a declaration of my concerns for my children, concerns of others in the home and my previous attempts at addressing my concerns. This declaration was submitted to Melinda Summers-Sandoval, Mallory Flores, Kim Jones, Ian Franco by email and a hard copy was delivered to the Fontana CFS for Ian Franco. This document was never acknowledged, recorded or added to CFS or court records. However, in trial both Melinda Summers-Sandoval and Mallory Flores testified that they advised me and gave me opportunity to submit documentation to them.

21. **Jonathan Sinclair** – On 10/27/2020 the Delivered Service Log was made available to the court. In the service log on 08/21/2020 Jonathan Sinclair fills in for Mallory Flores as witness forensic interview with Zachariah. In his initial statement recorded in the delivered service log Jonathan Sinclair fails to disclose or mention Zachariah's disclosure that his brother suffocates him. However, it is recorded in the detailed interview notes found after his observation notes. The statement reads "He really suffocates me, same as Malachi." This can be cross referenced with the recording of the interview with Cody Dawkins. Both the Forensic Interview Recording and the Delivered Service Log record the failure to follow up with disclosure of abuse. Delivered Service Log also discloses that Mindy has a pending lawsuit against her work. Delivered Service Log also indicates that Kim Jones only interviewed Mindy and her children, that she returned a call to me about visitation and told my family Mindy doesn't want them visiting. Kim Jones does not disclose her unlawful background checks as she deceived my family into thinking that would get to visit with my children.

PLEADING PAGE FOR A COMPLAINT

10

22. **Stacey Nguyen** – On 04/14/21 I called CFS to inquire about if they had investigated the statement Zachariah made in the forensic interview. After being shuffled around I was told the case was closed, no one is working on it and it can't be opened. When I asked as to how they could close the case and leave an abuser in the home I was told that the case is closed and can't be opened and was told I can call the hotline. I called the reporting hotline and had to make new case about something my son had disclosed seven months prior in a CFS forensic interview. The new case was assigned to worker Stacy Nguyen. I had not even been aware that it had been assigned and only became aware by calling the Rancho Cucamonga CFS office. When I was transferred to Stacey Nguyen she informed me that she had planned on closing the case that day. I asked her how she could close the case without contacting me, to which she stated Zachariah Cruz does not remember the abuse, Austin Raisty denied the abuse, and Mindy Cruz states I am lying. I tell he I have the report and video in which he discloses the abuse, and grudgingly she is forced to make an interview appointment with me which she states she can only set for the very next day or she is going to close the referral. When I get to the interview worker Stacey Nguyen and Supervisor Joe Atkinson are rude and hostile, they dance around my questions about why the old case was closed and how I could be prosecuted based on states made my Zachariah in Forensic Interview while the other disclosed abuser is not investigated and allowed to remain in the home. Two weeks later while visiting with my sons Zachariah tells me that his brother Austin Raisty has moved out of state.

23. **Conclusion** - I have come know Child and Family Services as a very dishonest and fraudulent agency which employs many deceptive tactics to threaten and bully parents who are at the mercy of child trafficking organization that has no mercy. I have read many more stories besides my own, from San Bernardino County and across the nation of treachery and deceit that is utterly inherent in the CFS System. I directly relate this to a lack of account ability and oversite. I personally dealt with six different CFS employees

PLEADING PAGE FOR A COMPLAINT

and found non to have truth, honor or dignity. It truly is appalling that these are the kinds of people supposedly protecting our most venerable. It is clear through my dealings and the recounted stories of others that CFS has no real regard for children and that the guise of child protection is merely a disguise for child abduction for profit. When my sister went to try to talk to CFS on my behalf and tell them about the kind of person Mindy Cruz is Jonathan Sinclair told her, what do you want us to do take the kids away from Mindy? They would have to be placed in foster care because we cannot give them to you. Although the CFS website states that they will always place children with a respectable relative first. So is this a lie or propaganda you put on the internet. I also find the practice of qualified immunity to gross allocation of power to those who have time and again have abused absolute power without accountability or recourse.

## CLAIMS OF RELIEF

### First Cause of Action

**42 U.S.C 1983 & 18 U.S.C. 242** – State Created Danger, Wrongful Conviction, Deprivation of Rights

**[Plaintiff Against Defendants County of San Bernardino, Summers-Sandoval, Flores, Sinclair, Dawkins, Jones, Nguyen]**

24. Defendants imposed a State Created Danger when they neglected their duties and obligations of child protection leaving the abuser Austin Raisty in the home with my young children. Defendants subverted the Fourteenth Amendment denying due process and unequally protecting abuser Austin Raisty.

25. Defendants proceeded with wrongful conviction of plaintiff through malicious persecution, hindering adequate defense and coercion and leading questioning of minor Zachariah Cruz in CFS interview. Defendant Cody Dawkins failed to ask appropriate follow up questions about disclosure of abuse inflicted by adult brother and instead led Zachariah back to allegations against his father.

PLEADING PAGE FOR A COMPLAINT

26. Defendant Kim Jones acting under the color of law, deprived plaintiff's family of rights, privileges, and immunities secured by the Fourth Amendment of Constitution of the United States. Defendant Kim Jones had no intentions of allowing visit with minor children, but willfully deceived Cruz family to believe they had to submit sensitive personal information for a background check before visitation could be allowed. When nothing was found Ms. Jones then informed Cruz family that Mindy Cruz is not permitting visits.

## Second Cause of Action

**42 U.S.C. 1986 & Penal Code 273a** – Action for Neglect to Prevent, Child Endangerment

**[Plaintiff Against Defendants County of San Bernardino, Summers-Sandoval, Flores, Sinclair, Dawkins, Jones, Nguyen]**

27. Defendants Neglect to Prevent future abuse allowing abuser Austin Raisty to remain in the home with minor children and according to CFS safety plan permitting children to be left alone with this individual. An egregious lack of accountability coupled with an absence to fear wrongdoing, defendants willfully Endangered minors Zachariah Cruz and Malachi Cruz. Defendants made no attempts to investigate or clarify disclosure of abuse until Mr. Cruz called and had to open a new referral which was later swept under the rug.

## Third Cause of Action

**42 U.S.C. 1985 & Penal Code 182a(5)** - Conspiracy to Interfere with Civil Rights

**[Plaintiff Against Defendants County of San Bernardino, Flores, Sinclair, Dawkins, Nguyen]**

28. Defendants conspired to cover up negligence and maintain illusion of duly processed and tried juvenile case. Defendants malicious persecuted plaintiff to diminish credibility and deny recourse for their own failures. Subsequently defendant Stacey Nguyen willfully

PLEADING PAGE FOR A COMPLAINT

engaged in the conspiracy to aid in the cover up by attempting to close case before speaking with plaintiff. Let it be stated again that Zachariah Cruz disclose the abuse from his adult brother during a forensic interview in August 2020 and Stacy Nguyen was tasked with investigating what was then disguised a new referral in April 2021 as defendants insisted the case was closed and could not inform me of any investigation of prior disclosure of abuse.

### Fourth Cause of Action

18 U.S.C. 1505 & 18 U.S.C. 1512b(1) c(2) – Libel & Obstruction of Justice

[Plaintiff Against Defendants County of San Bernardino, Summers-Sandoval, Flores, Sinclair, Dawkins, Jones, Nguyen]

29. Defendants malicious persecution attempts started from day one when defendant Melinda Summers-Sandoval injected her libel bias of plaintiff into CFS reports. This pattern of misleading and omitted reporting seems to be an imbedded negative trait among CFS employees. Defendants omitted abuse disclosure made by Zachariah in their office declarations and denied disclosure completely in trial proceedings. Defendants later obstructed justice by attempting to cover up negligence and obscure the obvious breach of duty by have plaintiff submit a new referral for information that was made as part of another referral months earlier. Defendant Stacey Nguyen rushed to cover the tracks of CFS defendants and became rude and hostile when plaintiff questioned her on why an investigation was not opened in reference to the earlier case.

### Fifth Cause of Action

42 U.S.C. 1983 – Monell Liability

[Plaintiff Against Defendants County of San Bernardino, Summers-Sandoval, Flores,

PLEADING PAGE FOR A COMPLAINT

Sinclair, Dawkins, Jones, Nguyen]

30. Plaintiff reallege and incorporate by reference each allegation contained above as though fully set forth herein.

31. Pursuant to the allegation set forth by the plaintiff maintains that the defendants consciously with deliberate indifference and reckless disregard for the safety and security of minors knowingly proceeded in violating constitutional and statutory rights of plaintiff, plaintiff's family and plaintiffs' children. Defendants willfully violated Fourth Amendment rights, Fourteenth Amendment rights, as well as Federal and State laws prohibiting obstruction of justice, conspiracy, negligence and child endangerment.

32. Plaintiff has be left to suffer damages in the form of sustained false allegations resulting in interference with life and occupation, emotional damage from diminished time and relationship with his children, emotional duress from watching children succumb to coaching by custodial parent, lack of credibility and increased defense struggles relative to bias imposed by false allegations, increased financial burdens of legal defense and visitation costs now imposed, future financial costs of continued litigation and defense, reallocation and retention of parental rights.

### Jury Trial Demand

33. Plaintiff demands a jury trial for the claims of relief in this action.

### Prayer for Relief

WHEREFORE, Plaintiff prays for judgement against Defendants on all causes of action for relief:

1. General damages and special damages according to proof at trial;

PLEADING PAGE FOR A COMPLAINT

2. As against the individual defendants, punitive damages appropriate to punish Defendants and deter others from engaging in similar misconduct;
3. Prejudgment interest;
4. Cost of suit and reasonable attorneys' fees and costs as authorized by law;
5. Restitution as the Court deems just and proper;
6. Such other relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 15, 2021.

Signature: *[signature]*

Printed name: Christopher Cruz

Address: 1129 South Serena Dr.
West Covina, CA 91791

Phone Number: (909) 459-9515

---

PLEADING PAGE FOR A COMPLAINT